| Address | Rent | MGMT Fees (10% of Gross) | Maintenance (15% of Gross) | Insurance | RE Tax per Month | total operating expenses | Net Cash |
|---|---|---|---|---|---|---|---|
| 4509 West Wagonwheel Tr. | $ 950.00 | $ 95.00 | $ 142.50 | $67.65 | $86.83 | $391.98 | $ 558.02 |
| 30 East Court | $ - | $ 80.00 | $ 120.00 | $67.65 | $17.69 | $285.34 | $ (285.34) |
| 2100 Hiawatha Drive | $ 750.00 | $ 75.00 | $ 112.50 | $67.65 | $119.85 | $375.00 | $ 375.00 |
| 3000 Mojave Drive | $ 850.00 | $ 85.00 | $ 127.50 | $67.65 | $87.00 | $367.15 | $ 482.85 |
| 4405 West Wgaonwheel Tr. | $ - | $ 65.00 | $ 97.50 | $67.65 | $77.65 | $307.80 | $ (307.80) |
| 11600 US 231 South (Romney IN) | $ 975.00 | $ 97.50 | $ 146.25 | $67.65 | $43.06 | $354.46 | $ 620.54 |
| 1232 Archway Drive | $ 725.00 | $ 72.50 | $ 108.75 | $67.65 | $28.63 | $277.53 | $ 447.47 |
| 1528 Fairfax Drive | $ 750.00 | $ 75.00 | $ 112.50 | $67.65 | $121.50 | $376.65 | $ 373.35 |
| 4518 Chisholm Drive | $ - | $ 65.00 | $ 97.50 | $67.65 | $20.36 | $250.51 | $ (250.51) |
| 3049 Commanche Tr. | $ 725.00 | $ 72.50 | $ 108.75 | $67.65 | $98.00 | $346.90 | $ 378.10 |
| 2101 East 430 South | $ - | $ 7.00 | $ 10.50 | $67.65 | $61.79 | $146.94 | $ (146.94) |
| 50 Karin Court | $ 1,000.00 | $ 100.00 | $ 150.00 | $67.65 | $54.70 | $372.35 | $ 627.65 |
| 3360 Chaucer Drive | $ 850.00 | $ 85.00 | $ 127.50 | $67.65 | $148.18 | $428.33 | $ 421.67 |
| 1505 Fairfax Drive | $ 650.00 | $ 65.00 | $ 97.50 | $67.65 | $86.83 | $316.98 | $ 333.02 |
| 3322 Commanche Tr. | $ 775.00 | $ 77.50 | $ 116.25 | $67.65 | $114.67 | $376.07 | $ 398.93 |
| 6818 North 75 East (West Lafayette) | $ 850.00 | $ 85.00 | $ 127.50 | $67.65 | $138.31 | $418.46 | $ 431.54 |
| 27 Goldenrod Court | $ - | $ 85.00 | $ 127.50 | $67.65 | $100.18 | $380.33 | $ (380.33) |
| **total** | **$9,850** | **$1,287** | **$1,931** | **$1,150** | **$1,405** | **$5,773** | **$ 4,077.27** |
| debtor's counsel | | | | | | | $ (1,000.00) |
| ust fees | | | | | | | $ (217.00) |
| net cash | | | | | | | $ 2,860.27 |

Exhibit "A" to Cash Use Motion

Projection