UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | |
| **PRIME RENTALS, LLC**, | Case No. 15-7473-RLM-11 |
| Debtor. | |

**NOTICE OF MOTION OF DEBTOR FOR AUTHORIZATION TO USE CASH COLLATERAL, AND TO SCHEDULE A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

**PLEASE TAKE NOTICE** that Prime Rentals, LLC, ("Debtor"), filed the *Motion of Debtor for Authorization to Use Cash Collateral, and to Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001,* on September 2, 2015 [Docket No. 2] ("Cash Collateral Motion") pursuant to 11 U.S.C. §§ 105, 361, 363, and 507 which seeks the Court's authority to use its rents and cash accounts in accordance with a budget that is attached to the Cash Collateral Motion. Copies of the Cash Collateral Motion may be reviewed at the office of the Clerk of the Bankruptcy Court or by contacting the undersigned. The Court will hold **an interim hearing on the Cash Collateral Motion on September 8, 2015 at 11:00 am EDT** in Court Room 329, US Courthouse, 46 E Ohio St., Indianapolis, IN 46204.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the Cash Collateral Motion or if you want the Court to consider your views on the Cash Collateral Motion, then **on or before September 8, 2015 at 11:00 am EDT** you or your attorney must file with the Court a written response explaining your position at:

United States Bankruptcy Court
Clerk's Office Rm. 116
46 E. Ohio Street
Indianapolis, Indiana 46204

Or you may mail your response to:

United States Bankruptcy Court
46 E. Ohio Street
Room 116
Indianapolis, Indiana 46204

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive it on or before September 8, 2015 at 11:00 am EDT** You must also mail a copy to:

| | |
|---|---|
| KC Cohen | United States Trustee's Office |
| KC Cohen, Lawyer, PC | 101 W. Ohio St., Ste. 1000 |
| 151 N. Delaware St., Ste. 1106 | Indianapolis, Indiana 46204 |
| Indianapolis, Indiana 46204-2573 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Cash Collateral Motion and may enter an Order granting that relief without further notice.

___/s/ KC Cohen_____                    September 2, 2015
Attorney for the Debtor:
KC Cohen 04310-49


KC Cohen, Lawyer, PC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 916.0406
kc@smallbusiness11.com