# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

**Debtor:** PRIME RENTALS, LLC
**Case Number:** 15-07473-RLM-11   **Chapter:** 11
**Date / Time / Room:** TUESDAY, SEPTEMBER 08, 2015 11:00 AM   IP 329
**Bankruptcy Judge:** ROBYN L. MOBERLY
**Courtroom Clerk:** MARCELLA LOCKERT
**Reporter / ECR:** MARCELLA LOCKERT

### Matter:

Hearing: First Day Motion for Use of Cash Collateral filed by Debtor Prime Rentals, LLC [2]
**R / M #:**   0 / 0

### Appearances:

KC COHEN, ATTORNEY FOR PRIME RENTALS, LLC
JOSEPH F MCGONIGAL, ATTORNEY FOR U.S. TRUSTEE

### Proceedings:

DISPOSITION: Hearing held. Counsel KC Cohen reports as the status of the case. Motion APPROVED. Final Hearing scheduled for 10/13/2015 @ 3:30 p.m. (Notice given in court and no further notice will be issued) Counsel to file an Amended Employment Application to incorporate the changes cited on the record.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**