UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                    |
                                          |
**PRIME RENTALS, LLC**,                   |                    **Case No. 15-7473-RLM-11**
                                          |
                        Debtor.           |

## SMALL BUSINESS STATEMENT OF INCOME AND EXPENSE

Prime Rentals, LLC, (the **"Debtor"**), hereby submits its small business statement of income and expense.


___/s/ KC Cohen_____                      September 9, 2015
Attorney for the Debtor:
KC Cohen 04310-49
KC Cohen, Lawyer, PC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

## CERTIFICATE OF SERVICE

     The undersigned counsel, hereby certifies that a copy of the foregoing was served upon the below listed parties at the address indicated using the Court's ECF filing system.  In addition, copies of the foregoing were delivered to the following parties in interest by the means shown on September 9, 2015:

KC Cohen on behalf of Debtor
kc@esoft-legal.com

Brenda Hatfield
Hatfield.brenda@gmail.com

Joe McGonigal
joe.mcgonigal@usdoj.gov

U.S.                                                                                              Trustee
ustpregion10.in.ecf@usdoj.gov

                                                _____/s/ KC Cohen_____
                                                KC Cohen 04310-49