UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE OR IN THE ALTERNATIVE ADEQUATE PROTECTION**

Comes now JPMorgan Chase Bank, National Association, (hereinafter referred to as "JPMorgan Chase Bank, National Association"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate or in the Alternative Adequate Protection would show the Court as follows:

1. On September 2, 2015, the above-named Debtor(s) filed a petition pursuant to Chapter 11 of the Bankruptcy Code and a meeting of creditors was scheduled by the Court for October 6, 2015.

2. JPMorgan Chase Bank, National Association is the holder of a secured claim with an outstanding principal balance of $54,261.17. Said claim is secured by the real property located at 3049 Commanche Trail, Lafayette, IN 47909, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A".

3. The above-described mortgage was given to secure a promissory note dated September 28, 2001, by the Debtor(s) to Mortgage Electronic Registration Systems, Inc., as nominee for A Fairway Mortgage Company of Lafayette, IN, LLC in the original principal sum of $68,000.00.  A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

4. JPMorgan Chase Bank, National Association is the current holder of the promissory note and mortgage and is evidenced by the chain of assignments attached hereto and incorporated as Exhibit "C".

5. The mortgage loan is due for the regular payments from February 1, 2015 to September 1, 2015 in the amount of $475.49 per month, then regular payments from October 1, 2015 to April 1, 2016 in the amount of $610.30 per month, plus late charges of $0.00, for an arrearage in the sum of $8,076.02, together with bankruptcy attorney fees and costs. The failure to make such payments constitutes a material default and allows no protection of the interests of JPMorgan Chase Bank, National Association with the meaning of Section 362 of the Bankruptcy Code.

6. The failure to make payments is cause for the Court to grant relief from stay to JPMorgan Chase Bank, National Association within the meaning of Section 362 of the Bankruptcy Code.

7. Upon information and belief, JPMorgan Chase Bank, National Association alleges Debtor(s) does not have any equity in said collateral security, and such collateral is not necessary to an effective reorganization herein, because reasonable prospect of successful reorganization does not exist. Therefore, JPMorgan Chase Bank, National Association should be granted relief from the automatic stay in bankruptcy pursuant to 11 U.S. Section 3262(d)(2) and the property abandoned from the estate.

8. Alternatively, upon information and belief, JPMorgan Chase Bank, National Association alleges that the pre-Petition value of its collateral will decrease during Estate administration due to depreciation caused by Debtor(s) use thereof. Therefore JPMorgan Chase Bank, National Association is entitled to adequate protection upon its interest in said collateral

pursuant to U.S.C. Section 361.

9. To date, Debtor(s) has not provided adequate protection to JPMorgan Chase Bank, National Association upon its interest in said collateral.

10. Because Debtor(s) have not provided adequate protection sufficient to protect JPMorgan Chase Bank, National Association's pre-petition interest in its collateral from diminution during Estate administration, JPMorgan Chase Bank, National Association alternatively requests that this Court grant it relief from the automatic stay for cause, pursuant to 11 U.S.C. Section 362 (d)(1), and abandon JPMorgan Chase Bank, National Association's said collateral from the bankruptcy Estate.

WHEREFORE, JPMorgan Chase Bank, National Association, a secured creditor, by counsel, respectfully prays that the Court grant it relief from the automatic stay, pursuant to 11 U.S.C. Section 362 (d)(2) or, alternatively that it be granted either adequate protection upon its interest in said collateral or relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), and that its collateral be abandoned from the bankruptcy Estate; and for all other just and proper relief in the premises.

FEIWELL & HANNOY, P.C.

/s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49
Attorney for JPMorgan Chase Bank, National Association
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: AMcEWAN@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on April 7, 2016, to the following:

Prime Rentals, LLC
Debtor
3500 Depauw Blvd., St. 3102
Indianapolis, IN 46268

KC Cohen
Attorney at Law
151 North Delaware Street   Suite 1106
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE ) | Chapter 11 |
| ) | |
| PRIME RENTALS, LLC ) | CASE NO. 15-07473-RLM-11 |
| ) | |
| Debtor(s) ) | |
| ) | |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on April 7, 2016, to those creditors and interested parties listed on the attached sheets.

Dated: April 7, 2016

FEIWELL & HANNOY, P.C.

/s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49
Attorney for JPMorgan Chase Bank, National Association
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: AMcEWAN@feiwellhannoy.com

- File No. 089965B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On **April 7, 2016**, JPMorgan Chase Bank, National Association filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 3049 Commanche Trl, Lafayette, IN 47909-3240.   The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

   Your rights may be affected.    You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within **fourteen (14) days** from the date this Notice is served, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    Rm 116; 46 E Ohio St
    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

    ALAN W. MCEWAN
    FEIWELL & HANNOY, P.C.
    8415 Allison Pointe Blvd., Suite 400
    Indianapolis, IN 46250
    (317) 237-2727

- File No. 089965B01

Prime Rentals, LLC
Debtor
3500 Depauw Blvd., St. 3102
Indianapolis, IN 46268

KC Cohen
Attorney at Law
151 North Delaware Street   Suite 1106
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

    If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: April 7, 2016

                                      FEIWELL & HANNOY, P.C.

                                      /s/ ALAN W. MCEWAN
                                      ALAN W. MCEWAN, Attorney No. 24051-49
                                      Attorney for JPMorgan Chase Bank, National
                                      Association
                                      8415 Allison Pointe Blvd., Suite 400
                                      Indianapolis, IN 46250

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 15-07473-RLM-11<br>Southern District of Indiana<br>Indianapolis<br>Thu Apr  7 13:18:02 EDT 2016 | American Servicing Co. (ASC)<br>11503 Springfield Pike<br>Cincinnati, oh 45246-3508 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Brenda and Greg Hatfield<br>818 Main St.<br>Lafayette, IN 47901-1460 | Chase<br>1111 Polaris Parkway<br>Columbus, OH 43240-2031 | Chase<br>1112 Polaris Parkway<br>Columbus, OH 43240 |
| Chase<br>1113 Polaris Parkway<br>Columbus, OH 43242 | Chase<br>1114 Polaris Parkway<br>Columbus, OH 43240 | KC Cohen<br>151 N Delaware St Ste 1106<br>Indianapolis, IN 46204-2573 |
| Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Randy C. Eyster3<br>Feiwell & Hannoy, PC<br>8415 Allison Point Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | FNMA c/o Seterus<br>Attn: Bankruptcy Dept<br>PO Box 1047<br>Hartford CT 06143-1047 |
| Federal National Mortgage Association<br>(Fannie Mae) Creditor c/o Seterus, Inc.<br>PO Box 1047 Hartford, CT 06143-1047 | Frank Mathews<br>2100 Hiawatha Street<br>Lafayette, IN 47909-2624 | Green Tree<br>427 Alisa Ave<br>Seymour,, in 47274-3483 |
| Green Tree<br>428 Alisa Ave<br>Seymour,, in 47274 | Heather Tyner-Myers<br>3360 Chaucer Drive<br>Lafayette, IN 47909-3869 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn. Correspondence Mail,<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Joan Figueroa<br>1528 Fairfax Drive<br>Lafayette, IN 47909-3718 | Michael J. Kulak1<br>Unterberg & Associates, P.C.<br>8050 Cleveland Place<br>Merrillville, IN 46410-5302 |
| Alan Wayne McEwan<br>Feiwell & Hannoy<br>8415 Allison Pointe Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | Joseph F McGonigal<br>Office of U.S. Trustee<br>101 W Ohio St Ste 1000<br>Indianapolis, IN 46204-1982 | Jennifer D. McNair<br>Mercer Belanger, LLC<br>One Indiana Square, Suite 1500<br>Indianapolis, IN 46204-2019 |
| Nationstar<br>P.O Box 619098<br>Dallas, Texas 75261-9098 | Ocwen<br>1661 Worthington Road, Ste. 100<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | PHH<br>1 Mortgage Way<br>Mt Laurel, NJ 08054-4624 |
| PHH Mortgage Corporation<br>Attn: Bankruptcy<br>Mail Stop SBRP, One Mortgage Way<br>Mt. Laurel, NJ 08054-4637 | Prime Rentals, LLC<br>3500 Depauw Blvd., St. 3102<br>Indianapolis, IN 46268 | Randolph Canon<br>3000 Mojave Drive<br>Lafayette, IN 47909-3153 |

| | | |
|---|---|---|
| Robert D Smith, Jr.<br>4509 West Wagonwheel Trail<br>Lafayette, IN 47909-3636 | Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | Steve McGhee<br>11600 US-Highway 231<br>Romney, IN 47981-9644 |
| Tippecanoe County Treasurer<br>20 N 3rd St.<br>Lafayette, IN 47901-1222 | Travis L Cox<br>50 Karin Court<br>Lafayette, IN 47909-3721 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Wells Fargo Bank National Association<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Wells Fargo Bank, N.A., as Trustee<br>c/o America's Servicing Company, as<br>3476 Stateview Blvd<br>Attn: Bankruptcy Dept. MAC #D3347-0<br>Fort Mill, SC 29715-7203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (u)Ditech Financial LLC FKA Green Tree Servic | (u)Fed Ntl Mtg Assoc (FannieMae) creditor c/o |
| (u)JPMorgan Chase Bank, National Association | (u)PHH Mortgage Corporation | (d)Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| (u)Seterus, Inc. | (u)Wells Fargo Bank, N.A. | (u)various tenant leases |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     9
Total                  47