UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE WITH
30-DAY WAIVER**

Comes now JPMorgan Chase Bank, National Association, (hereinafter referred to as "JPMorgan Chase Bank, National Association"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1.   On September 2, 2015, the above-named Debtor(s) filed a petition pursuant to Chapter 11 of the Bankruptcy Code.

2.   JPMorgan Chase Bank, National Association is the holder of a secured claim with an outstanding principal balance of $54,542.08 and accrued interest of $5,020.56.   Said claim is secured by the real property located at 4518 Chisholm Trail, Lafayette, IN 47909, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A".   The legal description for the subject real estate is:

> Lot numbered Fifty-four (54) in Rolling Hills Subdivision Part Two, Section Two, as platted upon part of the Northeast Quarter of Section Seventeen (17), Township Twenty-two (22) North, Range Four (4) West, which plat is recorded in Plat Book 13, Page 45 A, in the records of the Recorder of Tippecanoe County, Indiana. Located in Wea Township, Tippecanoe County, Indiana.

3.   The above-described mortgage was given to secure a promissory note dated February 28, 2002, made payable to A Fairway Mortgage Company of Lafayette,   IN, LLC in the original principal sum of $68,000.00.   A copy of the above-described note is attached hereto

and incorporated herein as Exhibit "B".

4. JPMorgan Chase Bank, National Association is the current holder of the promissory note and mortgage and is evidenced by the chain of assignments attached hereto and incorporated as Exhibit "C".

5. The mortgage loan is due for February 1, 2015 through September 1, 2015 payments at the monthly mortgage amount of $469.68, October 1, 2015 through December 1, 2015 payments at the monthly mortgage amount of $568.27, January 1, 2016 through April 1, 2016 payments at the monthly mortgage amount of $567.60, for an arrearage in the sum of $7,732.65, together with attorney fees and costs.

6. The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the Stay to JPMorgan Chase Bank, National Association within the meaning of §362 of the Bankruptcy Code.

7. JPMorgan Chase Bank, National Association prays that the court order the abandonment of the subject real estate.

WHEREFORE, JPMorgan Chase Bank, National Association prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize JPMorgan Chase Bank, National Association to foreclose its mortgage on the above-described property, order the abandonment of the subject real estate and for all other relief as is just.

FEIWELL & HANNOY, P.C.

/s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49
Attorney for JPMorgan Chase Bank, N.A.
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: AMcEWAN@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on April 11, 2016, to the following:

Prime Rentals, LLC
Debtor
4518 Chisholm Trl
Lafayette, IN 47909-3614

KC Cohen
Attorney at Law
151 North Delaware Street, Suite 1106
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

- File No. 088820B02

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) Chapter 11 |
| | ) |
| PRIME RENTALS, LLC | ) CASE NO. 15-07473-RLM-11 |
| | ) |
| Debtor(s) | ) |
| | ) |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on **April 11, 2016**, to those creditors and interested parties listed on the attached sheets.

Dated: **April 11, 2016**

         FEIWELL & HANNOY, P.C.

         /s/ ALAN W. MCEWAN
         ALAN W. MCEWAN, Attorney No. 24051-49
         Attorney for JPMorgan Chase Bank, National Association
         8415 Allison Pointe Blvd., Suite 400
         Indianapolis, IN 46250
         (317) 237-2727
         Fax: (317) 237-2717
         Email: AMcEWAN@feiwellhannoy.com

- File No. 088820B02

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) Chapter 11 |
| | ) |
| PRIME RENTALS, LLC | ) CASE NO. 15-07473-RLM-11 |
| | ) |
| Debtor(s) | ) |
| | ) |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On **April 11, 2016**, JPMorgan Chase Bank, National Association filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 4518 Chisholm Trl, Lafayette, IN 47909-3614.   The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

   Your rights may be affected.    You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within **fourteen (14) days** from the date this Notice is served, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    Rm 116; 46 E Ohio St
    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

    ALAN W. MCEWAN
    FEIWELL & HANNOY, P.C.
    8415 Allison Pointe Blvd., Suite 400
    Indianapolis, IN 46250
    (317) 237-2727

- File No. 088820B02

Prime Rentals, LLC
Debtor
4518 Chisholm Trl
Lafayette, IN 47909-3614

KC Cohen
Attorney at Law
151 North Delaware Street   Suite 1106
Indianapolis, IN 46204


Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204



   If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: April 11, 2016

                                      FEIWELL & HANNOY, P.C.

                                      <u>/s/ ALAN W. MCEWAN</u>
                                      ALAN W. MCEWAN, Attorney No. 24051-49
                                      Attorney for JPMorgan Chase Bank, National Association
                                      8415 Allison Pointe Blvd., Suite 400
                                      Indianapolis, IN 46250

- File No. 088820B02

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 15-07473-RLM-11<br>Southern District of Indiana<br>Indianapolis<br>Mon Apr 11 10:09:08 EDT 2016 | American Servicing Co. (ASC)<br>11503 Springfield Pike<br>Cincinnati, oh 45246-3508 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Brenda and Greg Hatfield<br>818 Main St.<br>Lafayette, IN 47901-1460 | Chase<br>1111 Polaris Parkway<br>Columbus, OH 43240-2031 | Chase<br>1112 Polaris Parkway<br>Columbus, OH 43240 |
| Chase<br>1113 Polaris Parkway<br>Columbus, OH 43242 | Chase<br>1114 Polaris Parkway<br>Columbus, OH 43240 | KC Cohen<br>151 N Delaware St Ste 1106<br>Indianapolis, IN 46204-2573 |
| Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Randy C. Eyster3<br>Feiwell & Hannoy, PC<br>8415 Allison Point Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | FNMA c/o Seterus<br>Attn: Bankruptcy Dept<br>PO Box 1047<br>Hartford CT 06143-1047 |
| Federal National Mortgage Association<br>(Fannie Mae) Creditor c/o Seterus, Inc.<br>PO Box 1047 Hartford, CT 06143-1047 | Frank Mathews<br>2100 Hiawatha Street<br>Lafayette, IN 47909-2624 | Green Tree<br>427 Alisa Ave<br>Seymour,, in 47274-3483 |
| Green Tree<br>428 Alisa Ave<br>Seymour,, in 47274 | Heather Tyner-Myers<br>3360 Chaucer Drive<br>Lafayette, IN 47909-3869 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn. Correspondence Mail,<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Joan Figueroa<br>1528 Fairfax Drive<br>Lafayette, IN 47909-3718 | Michael J. Kulak1<br>Unterberg & Associates, P.C.<br>8050 Cleveland Place<br>Merrillville, IN 46410-5302 |
| Alan Wayne McEwan<br>Feiwell & Hannoy<br>8415 Allison Pointe Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | Joseph F McGonigal<br>Office of U.S. Trustee<br>101 W Ohio St Ste 1000<br>Indianapolis, IN 46204-1982 | Jennifer D. McNair<br>Mercer Belanger, LLC<br>One Indiana Square, Suite 1500<br>Indianapolis, IN 46204-2019 |
| Nationstar<br>P.O Box 619098<br>Dallas, Texas 75261-9098 | Ocwen<br>1661 Worthington Road, Ste. 100<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | PHH<br>1 Mortgage Way<br>Mt Laurel, NJ 08054-4624 |
| PHH Mortgage Corporation<br>Attn: Bankruptcy<br>Mail Stop SBRP, One Mortgage Way<br>Mt. Laurel, NJ 08054-4637 | Prime Rentals, LLC<br>3500 Depauw Blvd., St. 3102<br>Indianapolis, IN 46268 | Randolph Canon<br>3000 Mojave Drive<br>Lafayette, IN 47909-3153 |

| | | |
|---|---|---|
| Robert D Smith, Jr.<br>4509 West Wagonwheel Trail<br>Lafayette, IN 47909-3636 | Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | Steve McGhee<br>11600 US-Highway 231<br>Romney, IN 47981-9644 |
| Tippecanoe County Treasurer<br>20 N 3rd St.<br>Lafayette, IN 47901-1222 | Travis L Cox<br>50 Karin Court<br>Lafayette, IN 47909-3721 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Wells Fargo Bank National Association<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Wells Fargo Bank, N.A., as Trustee<br>c/o America's Servicing Company, as<br>3476 Stateview Blvd<br>Attn: Bankruptcy Dept. MAC #D3347-0<br>Fort Mill, SC 29715-7203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (u)Ditech Financial LLC FKA Green Tree Servic | (u)Fed Ntl Mtg Assoc (FannieMae) creditor c/o |
| (u)JPMorgan Chase Bank, National Association | (u)PHH Mortgage Corporation | (d)Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| (u)Seterus, Inc. | (u)Wells Fargo Bank, N.A. | (u)various tenant leases |

End of Label Matrix  
Mailable recipients    38  
Bypassed recipients     9  
Total                  47