UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**JOINT MOTION FOR APPROVAL OF AGREEMENT OF PRE-CONFIRMATION DISBURSEMENT OF ADEQUATE PROTECTION PAYMENTS**

Comes now, Creditor, PHH Mortgage Corporation, by counsel, and Debtor(s), by counsel, and KC Cohen and do agree as follows:

1. The Debtor(s) commenced the above-captioned case on September 2, 2015, by filing of a Voluntary Petition for Relief under Chapter 11, Title 11, United States Code.

2. PHH Mortgage Corporation is a secured creditor in said case and is listed as such in the Debtor's Schedules.

3. PHH Mortgage Corporation has a secured total claim for $72,630.56 and pre-petition arrearages of $12,264.78 secured by an interest in real estate located at **3000 Mojave Dr,** Lafayette, Indiana as evidenced by a certain Mortgage and Note of July 5, 2007.

4. The Chapter 11 Plan has not yet been filed. PHH Mortgage Corporation reserves the right to object to treatment of its claim after the filing the Chapter 11 Plan.

5. It is in the best interest of the Debtor and PHH Mortgage Corporation that the Debtor immediately commences tendering post-petition adequate protection payments to PHH Mortgage Corporation in the amount of $208.33 based on a fair market value of $50,000, accruing interest at the rate of 5.00% per annum. Debtor shall be responsible to maintain taxes and hazard insurance on the Real Property and shall make provision for the payment of any delinquent real

estate taxes and penalties now due on the Real Property

WHEREFORE, PHH Mortgage Corporation, by counsel, and Debtor(s), by counsel, hereby agree and the Court, by approving this Motion, hereby authorizes the Debtor to disburse to PHH Mortgage Corporation immediately, the post-petition payments as set forth herein.

AGREED AND STIPULATED TO THIS 11TH DAY OF APRIL, 2016

/s/ RANDY C. EYSTER
RANDY C. EYSTER Attorney No. 22643-49
Attorney for PHH Mortgage Corporation
FEIWELL & HANNOY, P.C.
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Email: reyster@feiwellhannoy.com

AGREED AND STIPULATED TO THIS 11TH DAY OF APRIL, 2016

/s/ KC COHEN
KC COHEN
Attorney for Prime Rentals, LLC
151 North Delaware Street, Suite 1106
Indianapolis, IN 46204
(317) 715-1845
kc@esoft-legal.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on April 12, 2016, to the following:

Prime Rentals, LLC
Debtor
3500 Depauw Blvd., St. 3102
Indianapolis, IN 46268

KC Cohen
Attorney at Law
151 North Delaware Street, Suite 1106
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on April 12, 2016, to those creditors and interested parties listed on the attached sheets.

Dated: April 12, 2016

                                          FEIWELL & HANNOY, P.C.

                                          /s/ RANDY C. EYSTER
                                          RANDY C. EYSTER, Attorney No. 22643-49
                                          Attorney for Seterus, Inc. as servicer for Federal
                                          National Mortgage Association ("FNMA")
                                          8415 Allison Pointe Blvd., Suite 400
                                          Indianapolis, IN 46250
                                          (317) 237-2727
                                          Fax: (317) 237-2717
                                          Email: REYSTER@feiwellhannoy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On **April 12, 2016,** Seterus PHH Mortgage Corporation filed a Joint Motion For Approval of Agreement of Pre-Confirmation Disbursement of Adequate Protection Payments for the real estate commonly known as 3000 Mojave Dr, Lafayette, Indiana.  The motion states it is in the best interest of the Debtor and PHH Mortgage Corporation that the Debtor immediately commences tendering post-petition adequate protection payments to PHH Mortgage Corporation. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

     Your rights may be affected.   You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within **fourteen (14) days** from the date this Notice is served, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    Rm 116; 46 E Ohio St
    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

    RANDY C. EYSTER
    FEIWELL & HANNOY, P.C.
    8415 Allison Pointe Blvd., Suite 400
    Indianapolis, IN 46250
    (317) 237-2727

Prime Rentals - File No. 087801B02 – 4509 W. Wagon Trl

Prime Rentals, LLC
Debtor
3500 Depauw Blvd., St. 3102
Indianapolis, IN 46268

KC Cohen
Attorney at Law
151 North Delaware Street, Suite 1106
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

    If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: April 12, 2016

                                          FEIWELL & HANNOY, P.C.

                                          <u>/s/ RANDY C. EYSTER</u>
                                          RANDY C. EYSTER, Attorney No. 22643-49
                                          Attorney for Seterus, Inc. as servicer for Federal
                                            National Mortgage Association ("FNMA")
                                            8415 Allison Pointe Blvd., Suite 400
                                            Indianapolis, IN 46250

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 15-07473-RLM-11<br>Southern District of Indiana<br>Indianapolis<br>Tue Apr 12 08:34:19 EDT 2016 | American Servicing Co. (ASC)<br>11503 Springfield Pike<br>Cincinnati, oh 45246-3508 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Brenda and Greg Hatfield<br>818 Main St.<br>Lafayette, IN 47901-1460 | Chase<br>1111 Polaris Parkway<br>Columbus, OH 43240-2031 | Chase<br>1112 Polaris Parkway<br>Columbus, OH 43240 |
| Chase<br>1113 Polaris Parkway<br>Columbus, OH 43242 | Chase<br>1114 Polaris Parkway<br>Columbus, OH 43240 | KC Cohen<br>151 N Delaware St Ste 1106<br>Indianapolis, IN 46204-2573 |
| Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Randy C. Eyster3<br>Feiwell & Hannoy, PC<br>8415 Allison Point Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | FNMA c/o Seterus<br>Attn: Bankruptcy Dept<br>PO Box 1047<br>Hartford CT 06143-1047 |
| Federal National Mortgage Association<br>(Fannie Mae) Creditor c/o Seterus, Inc.<br>PO Box 1047 Hartford, CT 06143-1047 | Frank Mathews<br>2100 Hiawatha Street<br>Lafayette, IN 47909-2624 | Green Tree<br>427 Alisa Ave<br>Seymour,, in 47274-3483 |
| Green Tree<br>428 Alisa Ave<br>Seymour,, in 47274 | Heather Tyner-Myers<br>3360 Chaucer Drive<br>Lafayette, IN 47909-3869 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn. Correspondence Mail,<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Joan Figueroa<br>1528 Fairfax Drive<br>Lafayette, IN 47909-3718 | Michael J. Kulakl<br>Unterberg & Associates, P.C.<br>8050 Cleveland Place<br>Merrillville, IN 46410-5302 |
| Alan Wayne McEwan<br>Feiwell & Hannoy<br>8415 Allison Pointe Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | Joseph F McGonigal<br>Office of U.S. Trustee<br>101 W Ohio St Ste 1000<br>Indianapolis, IN 46204-1982 | Jennifer D. McNair<br>Mercer Belanger, LLC<br>One Indiana Square, Suite 1500<br>Indianapolis, IN 46204-2019 |
| Nationstar<br>P.O Box 619098<br>Dallas, Texas 75261-9098 | Ocwen<br>1661 Worthington Road, Ste. 100<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | PHH<br>1 Mortgage Way<br>Mt Laurel, NJ 08054-4624 |
| PHH Mortgage Corporation<br>Attn: Bankruptcy<br>Mail Stop SBRP, One Mortgage Way<br>Mt. Laurel, NJ 08054-4637 | Prime Rentals, LLC<br>3500 Depauw Blvd., St. 3102<br>Indianapolis, IN 46268 | Randolph Canon<br>3000 Mojave Drive<br>Lafayette, IN 47909-3153 |

| | | |
|---|---|---|
| Robert D Smith, Jr.<br>4509 West Wagonwheel Trail<br>Lafayette, IN 47909-3636 | Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | Steve McGhee<br>11600 US-Highway 231<br>Romney, IN 47981-9644 |
| Tippecanoe County Treasurer<br>20 N 3rd St.<br>Lafayette, IN 47901-1222 | Travis L Cox<br>50 Karin Court<br>Lafayette, IN 47909-3721 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Wells Fargo Bank National Association<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Wells Fargo Bank, N.A., as Trustee<br>c/o America's Servicing Company, as<br>3476 Stateview Blvd<br>Attn: Bankruptcy Dept. MAC #D3347-0<br>Fort Mill, SC 29715-7203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (u)Ditech Financial LLC FKA Green Tree Servic | (u)Fed Ntl Mtg Assoc (FannieMae) creditor c/o |
| (u)JPMorgan Chase Bank, National Association | (u)PHH Mortgage Corporation | (d)Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| (u)Seterus, Inc. | (u)Wells Fargo Bank, N.A. | (u)various tenant leases |

End of Label Matrix  
Mailable recipients   38  
Bypassed recipients    9  
Total                 47