UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| PRIME RENTALS, LLC | ) | CASE NO. 15-07473-RLM-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**STIPULATION FOR PRE-CONFIRMATION DISBURSEMENTS OF
ADEQUATE PROTECTION PAYMENTS**

Comes now, Creditor, Seterus, Inc., as servicer for Federal National Mortgage Association, (hereinafter referred to as "Fannie Mae"), by counsel, and Debtor(s), by counsel, do agree and stipulate as follows:

1. The Debtor(s) commenced the above-captioned case on September 2, 2015, by filing of a Voluntary Petition for Relief under Chapter 11, Title 11, United States Code.

2. Fannie Mae is a secured creditor in said case and has a secured total claim for $93,402.51 and pre-petition arrearages of $13,538.52 secured by an interest in real estate located at **30 East Ct,** Lafayette, Indiana as evidenced by a certain Mortgage and Note of May 24, 2007.

3. The Chapter 11 Plan has not yet been filed.  Fannie Mae reserves the right to object to treatment of its claim after the filing the Chapter 11 Plan.

4. It is in the best interest of the Debtor and Fannie Mae that the Debtor immediately commences tendering post-petition adequate protection payments to Fannie Mae in the amount of $320.83 based on a fair market value of $77,000, accruing interest at the rate of 5.00% per annum.  Debtor shall be responsible to maintain taxes and hazard insurance on the Real Property and shall make provision for the payment of any delinquent real estate taxes and penalties now due on the Real Property.  Debtor acknowledges the loan's escrow account will be closed.

WHEREFORE, Fannie Mae, by counsel, and Debtor(s), by counsel, hereby agree and the Court, by approving this Order, hereby authorizes the Debtor to disburse to Fannie Mae immediately, the post-petition payments as set forth herein.

AGREED AND STIPULATED TO THIS 12TH DAY OF APRIL, 2016

/s/ RANDY C. EYSTER
RANDY C. EYSTER Attorney No. 22643-49
Attorney for PHH Mortgage Corporation
FEIWELL & HANNOY, P.C.
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Email: reyster@feiwellhannoy.com

AGREED AND STIPULATED TO THIS 12TH DAY OF APRIL, 2016

/s/ KC COHEN
KC COHEN
Attorney for Prime Rentals, LLC
151 North Delaware Street, Suite 1106
Indianapolis, IN 46204
(317) 715-1845
kc@esoft-legal.com

Prime Rentals - File No. 087384B02 – 30 East Ct.