# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | PRIME RENTALS, LLC |
| **Case Number:** | 15-07473-RLM-11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 11, 2016 09:00 AM   IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

1) Continued Hearing: Motion for Abandonment & Relief from Stay filed by Creditor Seterus/ PHH Mortgage Corporation (30 East Court, Lafayette, IN) [40] with Objection filed by Debtor [48]
   **R / M #:**   0 / 0

   **VACATED:** **Stipulation for Pre-Confirmation Disbursements of Adequate Protection Payments filed by parties on 4/12/2016**

2) Hearing: Motion for Abandonment & Relief from Stay filed by Ditech Financial LLC (50 Karin Court, Lafayette, IN) [73] with Objection filed by Debtor [78]
   **R / M #:**   0 / 0

   **VACATED:** **Agreed Motion to Continue Hearing filed by parties. Motion GRANTED and matter rescheduled to 7/13/2016 @ 9:00 a.m.**

3) Hearing: Motion for Abandonment & Relief from Stay filed by JPMorgan Chase Bank (1528 Fairfax Drive, Lafayette, IN 47909) [82] with Objection filed by Debtor [84]
   **R / M #:**   0 / 0

   **VACATED:** **Agreed Motion to Continue Hearing filed by parties. Motion GRANTED and matter rescheduled to 7/13/2016 @ 9:00 a.m.**

4) Hearing: Motion for Abandonment & Relief from Stay OR in the Alternative Adequate Protection filed by JPMorgan Chase Bank (3049 Commanche Trail, Lafayette, IN 47909) [85] with Objection filed by Debtor [86]
   **R / M #:**   0 / 0

   **VACATED:** **Agreed Motion to Continue Hearing filed by parties. Motion GRANTED and matter rescheduled to 7/13/2016 @ 9:00 a.m.**

5) Hearing: Motion for Abandonment & Relief from Stay filed by Creditor JPMorgan Chase Bank (1232 Archway Dr, Lafayette, IN 47909) [90] with Objection filed by Debtor [92]
   **R / M #:**   0 / 0

   **VACATED:** **Agreed Motion to Continue Hearing filed by parties. Motion GRANTED and matter rescheduled to 7/13/2016 @ 9:00 a.m.**

6) Hearing: Motion for Abandonment & Relief from Stay filed by Creditor JPMorgan Chase Bank, National Association (4518 Chisholm Trail, Lafayette, IN 47909) [91] with Objection filed by Debtor [101]
   **R / M #:**   0 / 0

   **VACATED:** **Agreed Motion to Continue Hearing filed by parties. Motion GRANTED and matter rescheduled to 7/13/2016 @ 9:00 a.m.**

## *Appearances:*

NONE

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    15-07473-RLM-11         WEDNESDAY, MAY 11, 2016 09:00 AM

## *Proceedings:*

*(1) VACATED: Stipulation for Pre-Confirmation Disbursements of Adequate Protection Payments filed by parties on 4/12/2016

*(2 - 5) VACATED: Agreed Motion to Continue Hearing filed by parties. Motion GRANTED and matter rescheduled to 7/13/2016 @ 9:00 a.m.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**